# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua Mitchell                            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16-23384 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Brian C. Nicholas</u>
Brian Nicholas
23 Oct 2020, 20:14:50, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 4491277b65df56d67dda8d818c812ce7bb92a5485507ebb7e73ad3a094d3fdd8