Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Joshua J. Mitchell** : | Case No. 16−23384−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 193 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 1/13/21 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of October, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 193 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1) *On or before December 11, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *January 13, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23384-GLT |
| Joshua J. Mitchell | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua J. Mitchell, 370 Pleasant Drive, Aliquippa, PA 15001-1323 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300871 | + | Allison Zuckerman, Esquire, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14324829 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300879 | + | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300885 | + | National Hospital Collections, 235 High Street, Suite 514, Morgantown, WV 26505-5454 |
| 14300887 | + | Timothy A. Ungarean DMD, 3153-A Brodhead Road, Aliquippa, PA 15001-1370 |
| 14395356 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14300888 | | Wells Fargo Dealer Services, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14300875 | | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14300872 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:55 | Capital One, P. O. Box 790217, Saint Louis, MO 63179-0217 |
| 14300873 | | Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Comcast Cable Communications, LLC, c/o Enhanced Recovery Company, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14300874 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 28 2020 02:27:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14320872 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14300876 | + | Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Enhanced Recovery Co, 8014 Baybery Road, Jacksonville, FL 32256-7412 |
| 14347184 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 28 2020 02:27:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14300877 | + | Email/Text: bankruptcynotice@fcbanking.com | Oct 28 2020 02:24:00 | First Commonwealth Bank, 600 Philadelphia Street, Indiana, PA 15701-3904 |
| 14300878 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 28 2020 02:27:00 | Flagstar Bank, PO Box 371891, Pittsburgh, PA 15250-7891 |
| 14289446 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14300886 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:12:29 | Portfolio Recover Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB |
| 14287276 | | First Commonwealth Bank |
| 14287277 | | Flagstar Bank |
| 14300880 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300881 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300882 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300883 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300884 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com |
| James A. Prostko | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Joshua J. Mitchell julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert P. Wendt | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |

District/off: 0315-2     User: jhel     Page 3 of 3
Date Rcvd: Oct 27, 2020     Form ID: 604     Total Noticed: 20
TOTAL: 10