**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSHUA J. MITCHELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-23384<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/09/2016 and confirmed on 12/19/16. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,090.80 |
| Less Refunds to Debtor | 3,987.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,103.43 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 9,400.00 | |
|   Trustee Fee | 4,923.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,323.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 10,489.59 | 0.00 | 10,489.59 |
|     Acct: 2934 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 34,232.28 | 0.00 | 34,232.28 |
|     Acct: 1469 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1469 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1469 | | | | |
|   FIRST COMMONWEALTH BANK* | 1,209.50 | 1,209.50 | 0.00 | 1,209.50 |
|     Acct: 2934 | | | | |
|   FLAGSTAR BANK FSB | 24,507.31 | 24,507.31 | 0.00 | 24,507.31 |
|     Acct: 1469 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5021 | | | | |
| | | | | 70,438.68 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSHUA J. MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSHUA J. MITCHELL | 3,987.37 | 3,987.37 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX9/20 | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3357 | | | | |
| FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1469 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2382 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,340.79 | 1,340.79 | 0.00 | 1,340.79 |
| Acct: 590 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8763 | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6101 | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9303 | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9304 | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9301 | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9302 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY UNGAREAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3950 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3357 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5021 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,340.79 |

TOTAL PAID TO CREDITORS                                                                          71,779.47

```
TOTAL CLAIMED
    PRIORITY            0.00
    SECURED        25,716.81
    UNSECURED       1,340.79
```

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JOSHUA J. MITCHELL

          Debtor(s)

   Ronda J. Winnecour
          Movant
      vs.
   No Repondents.

Case No.:16-23384

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23384-GLT |
| Joshua J. Mitchell | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua J. Mitchell, 370 Pleasant Drive, Aliquippa, PA 15001-1323 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300871 | + | Allison Zuckerman, Esquire, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14324829 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300879 | + | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300885 | + | National Hospital Collections, 235 High Street, Suite 514, Morgantown, WV 26505-5454 |
| 14300887 | + | Timothy A. Ungarean DMD, 3153-A Brodhead Road, Aliquippa, PA 15001-1370 |
| 14395356 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14300888 | | Wells Fargo Dealer Services, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14300875 | | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14300872 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:55 | Capital One, P. O. Box 790217, Saint Louis, MO 63179-0217 |
| 14300873 | | Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Comcast Cable Communications, LLC, c/o Enhanced Recovery Company, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14300874 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 28 2020 02:27:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14320872 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14300876 | + | Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Enhanced Recovery Co, 8014 Baybery Road, Jacksonville, FL 32256-7412 |
| 14347184 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 28 2020 02:27:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14300877 | + | Email/Text: bankruptcynotice@fcbanking.com | Oct 28 2020 02:24:00 | First Commonwealth Bank, 600 Philadelphia Street, Indiana, PA 15701-3904 |
| 14300878 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 28 2020 02:27:00 | Flagstar Bank, PO Box 371891, Pittsburgh, PA 15250-7891 |
| 14289446 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14300886 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:12:29 | Portfolio Recover Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB |
| 14287276 | | First Commonwealth Bank |
| 14287277 | | Flagstar Bank |
| 14300880 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300881 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300882 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300883 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300884 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com |
| James A. Prostko | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Joshua J. Mitchell julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert P. Wendt | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |

District/off: 0315-2 User: jhel Page 3 of 3
Date Rcvd: Oct 27, 2020 Form ID: pdf900 Total Noticed: 20
TOTAL: 10