**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/21/20 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JOSHUA J. MITCHELL

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-23384

Chapter 13

Related to Dkt. No. 193

ORDER OF COURT

AND NOW, this 21st day of December 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO   **jah**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua J. Mitchell  
    Debtor(s)

Case No. 16-23384-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua J. Mitchell, 370 Pleasant Drive, Aliquippa, PA 15001-1323 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300871 | + | Allison Zuckerman, Esquire, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14324829 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14300879 | + | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300885 | + | National Hospital Collections, 235 High Street, Suite 514, Morgantown, WV 26505-5454 |
| 14300887 | + | Timothy A. Ungarean DMD, 3153-A Brodhead Road, Aliquippa, PA 15001-1370 |
| 14395356 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14300888 | | Wells Fargo Dealer Services, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14300875 | | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14300872 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:53 | Capital One, P. O. Box 790217, Saint Louis, MO 63179-0217 |
| 14300873 | | Email/Text: bknotice@ercbpo.com | Dec 22 2020 05:16:00 | Comcast Cable Communications, LLC, c/o Enhanced Recovery Company, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14300874 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2020 05:17:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14320872 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14300876 | + | Email/Text: bknotice@ercbpo.com | Dec 22 2020 05:16:00 | Enhanced Recovery Co, 8014 Baybery Road, Jacksonville, FL 32256-7412 |
| 14347184 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2020 05:17:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14300877 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 22 2020 05:14:00 | First Commonwealth Bank, 600 Philadelphia Street, Indiana, PA 15701-3904 |
| 14300878 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2020 05:17:00 | Flagstar Bank, PO Box 371891, Pittsburgh, PA 15250-7891 |
| 14289446 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14300886 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 04:32:46 | Portfolio Recover Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 11

District/off: 0315-2 | User: mgut | Page 2 of 3
Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB |
| 14287276 | | First Commonwealth Bank |
| 14287277 | | Flagstar Bank |
| 14300880 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300881 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300882 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300883 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |
| 14300884 | *+ | Medical Payment Data, 1910 Cochran Road, Suite 600, Pittsburgh, PA 15220-1231 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name** | **Email Address**

Brett A. Solomon
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com

Brian Nicholas
on behalf of Creditor Flagstar Bank  FSB bnicholas@kmllawgroup.com

James A. Prostko
on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

Jerome B. Blank
on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

Lauren M. Lamb
on behalf of Debtor Joshua J. Mitchell
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mario J. Hanyon
on behalf of Creditor Flagstar Bank  FSB mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert P. Wendt
on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

District/off: 0315-2 User: mgut Page 3 of 3
Date Rcvd: Dec 21, 2020 Form ID: pdf900 Total Noticed: 20

Thomas Song
                            on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

TOTAL: 11